IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BENJAMIN B. ATKINSON**                                                    **PLAINTIFF**

v.                                   **Case No. 1:18-cv-00044 KGB**

**LINCOLN NATIONAL LIFE
INSURANCE CO.,** *et al.*                                                 **DEFENDANTS**

## ORDER

Before the Court is plaintiff Benjamin Atkinson's notice of dismissal with prejudice and motion to dismiss (Dkt. No. 8). In this filing, Mr. Atkinson represents that this matter has settled and that each party shall bear its own attorney's fees and costs (*Id.*, at 1-2). None of the defendants have filed an answer or a motion for summary judgment, so the notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice of dismissal with prejudice and motion to dismiss (Dkt. No. 8). The Court dismisses with prejudice this action, and each party will bear its own costs and fees.

So ordered this 4th day of February, 2019.

                                                                                              Kristine G. Baker
                                                                                              United States District Judge